## STATEMENT OF FACTS

On August 2, 2019, members of the Metropolitan Police Department Gun Recovery Unit (GRU) were utilizing marked and unmarked police vehicles in casual attire with the word "POLICE" on the front and back of their tactical vest. The officers were in the 1000 block of 17th Place, NE due to sounds of gunshots the previous day.

Officer Ashley (driver), Officer Kelly (front passenger), Officer Guzman (rear passenger driver side) and Officer Painten (rear passenger side) were in the 1000 block of 17th Place, NE, when they observed a large group of individuals bent over looking inside bags of clothing. Officer Kelly observed an individual later identified as Tyrone Musgrove, standing with the group. Defendant Musgrove was in possession of a red in color satchel bag.

Once defendant Musgrove observed the officers, he immediately gave a look of surprise, but continued to stand in the group. GRU officers spoke to the individuals in the group and Officer Kelly asked about the bag of clothes on the ground and if he could look inside. Defendant Musgrove gave Officer Kelly consent to look through the bag of clothes on the ground.

After Officer Kelly looked through the clothes on the ground he asked defendant Musgrove about the red satchel he was wearing. Once Officer Kelly asked defendant Musgrove about the red satchel, defendant Musgrove immediately moved the front pouch portion, which was on his back to the front of his body, and began to unzip the bag. Officer Kelly, fearing that a firearm could be inside the bag, asked defendant Musgrove if he could make sure that no firearm was inside of the bag himself. Defendant Musgrove stated "yeah" to Officer Kelly's request of checking the red bag for firearms.

At this time, Officer Kelly grabbed the red bag and immediately felt a heavy object. Officer Kelly then unzipped the bag and observed a black in color handgun. The firearm was identified as a .40 caliber Springfield Armory semi-automatic handgun, Serial Number XD571572. The firearm was loaded with one (1) round in the chamber and six (6) rounds in the magazine, which had a twelve (12) round capacity. A WALES/NCIC check of the firearm revealed it was stolen out of Richmond, Virginia on June 4, 2019.

A WALES/NCIC check of defendant Musgrove revealed he did not have a license to possess a firearm in the District of Columbia. Defendant Musgrove has previously be convicted of a crime punishable by imprisonment for a term exceeding one year. A criminal history check of defendant Musgrove through the National Crime Information Center confirmed that the defendant has a prior felony conviction in the Superior Court of the District of Columbia, Criminal Case No. 2017 CF3 18933. Before filing this complaint, the officer reviewed at least one computer printout of the defendant's criminal history and it showed that the defendant had been convicted of such crime. There are no firearms manufactured in the District of Columbia.

_____
OFFICER EMILY PAINTEN
METROPOLITAN POLICE DEPARTMENT

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 3rd day of August, 2019.

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE